**SO ORDERED.**

**DONE and SIGNED March 13, 2023.**



_____
**JOHN S. HODGE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| IN RE: HOWARD DEANGELO EVANS<br>DARLA DEANNE EVANS<br>Debtor | CASE NO. 22-10667 |
| IVAN SMITH FURNITURE<br>Plaintiff | CHAPTER 13 |
| vs. | |
| HOWARD DEANGELO EVANS<br>DARLA DEANNE EVANS<br>Defendant | ADVERSARY PROC. NO.<br>23-AP-1004 |

**CONSENT JUDGMENT**

The above-captioned parties, having expressed their desire to resolve the Adversary Proceeding and Complaint to Determine Dischargeability filed by IVAN SMITH FURNITURE ("Creditor"), and all parties evidencing their agreement to this Consent Judgment by their signatures below:

**IT IS HEREBY ORDERED** that an executory judgment is entered in favor of Creditor and against HOWARD DEANGELO EVANS and DARLA DEANNE EVANS in the amount of $1,258.97l. This amount is hereby determined to be non-dischargeable pursuant to 11 U.S.C. § 523.

**IT IS FURTHER ORDERED** that within 30 days of the signing of this order that DEANGELO EVANS and DARLA DEANNE EVANS shall amend the Chapter 13 Plan to provide for payment in full of the aforementioned judgment, said amount to be listed as a secured claim to be paid at 7%.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this the 10th day of March, 2023.

###

Agreed as to form and content:

ROGERS, CARTER & PAYNE, LLC  
4415 Thornhill Avenue  
Shreveport, Louisiana 71106  
(318) 861-1111

C. Rodney Harrington  
POB 1278  
Natchitoches, LA 71458-1278

/s/ Kevin J. Payne  
By:_____  
    KEVIN J. PAYNE  
    ATTORNEY FOR PLAINTIFF

/s/ C. Rodney Harrington  
By:_____  
    C. RODNEY HARRINGTON  
    ATTORNEY FOR DEBTOR